No. 78–1595. LEWIS *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, 442 U. S. 939.] Motion of the Solicitor General to permit Andrew J. Levander, Esquire, to present oral argument *pro hac vice* granted.

No. 79–97. CALIFORNIA RETAIL LIQUOR DEALERS ASSN. *v.* MIDCAL ALUMINUM, INC., ET AL. Ct. App. Cal., 3d App. Dist. [Certiorari granted, *ante,* p. 824.] Motion of Consumers Union of the United States, Inc., for leave to file a brief as *amicus curiae* granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.

No. 79–584. RESEARCH EQUITY FUND, INC. *v.* INSURANCE COMPANY OF NORTH AMERICA. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this order.

No. 79–621. ARIZONA *v.* MANYPENNY. C. A. 9th Cir.; and

No. 79–664. VENTURA COUNTY *v.* GULF OIL CORP. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 79–5114. WARREN *v.* MISSISSIPPI, *ante,* p. 956. Respondent requested to file a response to petition for rehearing within 30 days.

No. 79–5604. LOCKETT *v.* BLACKBURN, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 79–676. CHILDS *v.* APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT, ET AL.;

No. 79–5547. WATKINS *v.* MARTIN, WARDEN, ET AL.;

No. 79–5554. WILLIAMS *v.* UNITED STATES; and

No. 79–5598. FERRANTE *v.* BRANWELL, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.